**Film Title: Mechanic: Resurrection**
**Rights Owner: ME2 Productions, Inc.**

| | **SHA1:** B4A81D27B29589DD704A84498780ED183F12EB69 | | | | |
|---|---|---|---|---|---|
| **John Doe** | **IP Address** | **Port** | **Infringement Date/Time (yr/m/d)/ UTC** | **ISP** | **General Location of the IP Address Connection** |
| 1 | 73.243.140.102 | 63906 | 2017-03-16 22:17:39 | Comcast Cable | Colorado |
| 2 | 73.243.31.195 | 35870 | 2017-03-12 14:50:10 | Comcast Cable | Colorado |
| 3 | 71.205.210.20 | 50321 | 2017-03-11 22:54:09 | Comcast Cable | Colorado |
| 4 | 73.95.132.216 | 33881 | 2017-03-05 06:00:04 | Comcast Cable | Colorado |
| 5 | 67.161.148.158 | 54736 | 2017-03-02 06:33:07 | Comcast Cable | Colorado |
| 6 | 73.95.135.161 | 54628 | 2017-03-01 05:01:04 | Comcast Cable | Colorado |
| 7 | 73.95.137.77 | 30662 | 2017-02-28 11:51:50 | Comcast Cable | Colorado |
| 8 | 73.95.138.209 | 11279 | 2017-02-24 04:55:18 | Comcast Cable | Colorado |
| 9 | 73.95.138.130 | 46087 | 2017-02-21 10:14:09 | Comcast Cable | Colorado |
| 10 | 73.95.137.82 | 63229 | 2017-02-20 18:29:06 | Comcast Cable | Colorado |